UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIE B. NELSON, III, | ) |
|         Plaintiff, | ) |
| v. | ) No. 2:22-cv-00418-JPH-MKK |
| JOHN PLASSE, | ) |
|         Defendant. | ) |

**REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITHOUT PREJUDICE**

The Court scheduled an Initial Pretrial Conference for August 25, 2023. (Dkt. 26). The Pro Se Plaintiff, Willie B. Nelson, III, failed to appear. The Court set a hearing for September 28, 2023, at which (a) Plaintiff was to show cause for his failure to appear for the August 25th conference and (b) an Initial Pretrial Conference was to be held. (Dkt. 27). The Minute Entry for August 25, 2023 reminded Plaintiff of the importance of complying with court orders and warned that his claim may be dismissed if he "fail[ed] to comply with court orders . . . or appear for conferences." Fed. R. Civ. P. 41(b).

Plaintiff again failed to appear for the September 28, 2023 Show-Cause Hearing and status conference. (Dkt. 28). The Court issued another Order to Show Cause requiring the Plaintiff to appear on November 7, 2023. (Dkt. 29). The Minute Entry for September 28, 2023 reiterated the previously-given warning that Plaintiff's failure to prosecute or comply with court orders risked dismissal. (Dkt. 28).

Plaintiff failed to appear for the November 7, 2023 show cause hearing. The Court has authority to "issue any just orders" against a party that fails to comply with the Court's order. Fed. R. Civ. P. 16(f)(1)(A) & (C). That includes dismissal of the case. Fed. R. Civ. P. 16(f)(1) ("just orders" include "those authorized by Rule 37(b)(2)(A)(ii)-(vii)"); Fed. R. Civ. P. 37(b)(2)(A)(v) ("dismissing the action or proceeding in whole"). Due to Plaintiff's repeated and unexcused failure to comply with the Court's orders, the Magistrate Judge recommends to the District Judge that Plaintiff's Amended Complaint be **DISMISSED WITHOUT PREJUDICE**. *See GCIU Employer Retirement Fund v. Chicago Tribune Co.*, 8 F.3d 1195, 1198-99 (7th Cir. 1993) ("[A] party cannot decide for itself when it feels like pressing its action and when it feels like taking a break because trial judges have a responsibility to litigants to keep their court calendars as current as humanly possible.") (quotation marks and citation omitted).

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So RECOMMENDED.

Date: 11/8/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

WILLIE B. NELSON, III
504 South 15th Street
Terre Haute, IN 47807