UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIE B. NELSON, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00418-JPH-MKK |
| JOHN PLASSE, | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING ENTRY OF FINAL JUDGMENT**

The parties have not objected to Magistrate Judge Klump's report and recommendation, dkt. 30, which recommends that this action be dismissed without prejudice due to the plaintiff's repeated failure to comply with Court orders and prosecute the case. The time to object has passed.

The Court **adopts** the report and recommendation, dkt. [30], in its entirety. This action is **dismissed without prejudice**. The **clerk is directed** to enter **final judgment**.

**SO ORDERED.**

Date: 11/29/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

WILLIE B. NELSON, III
504 South 15th Street
Terre Haute, IN 47807

David P. Friedrich
WILKINSON GOELLER MODESITT WILKINSON AND DRUMMY
dpfriedrich@wilkinsonlaw.com